**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x

**Chris Remmes,**

                                  **Plaintiff,**

                                                                        **NOTICE OF APPEARANCE**

    **-against-**

**Paul Chapman, et al.,**                                                   05 CV 9940**(JSR)**

                                      **Defendants.**
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Jay A. Kranis**, Senior Counsel, hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant The City of New York.

Dated:   New York, New York
           December 16, 2005

                                                    MICHAEL A. CARDOZO
                                                    Corporation Counsel
                                                        of the City of New York
                                                    Attorney for Defendant The City of New York
                                                    100 Church Street
                                                    New York, New York 10007
                                                    (212) 788-8683

                                            By:    _____/s/_____
                                                            Jay A. Kranis (JK2576)
                                                           Senior Counsel
                                                           Special Federal Litigation Division

To:     Jason Rozger, Esq. (JR8986)
          Beranbaum Menken Ben-Asher & Herman LLP
          Attorneys for Plaintiffs
          80 Pine Street, 32nd Floor
          New York, NY 10005
          (212) 509-1616