UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
CHRIS REMMES,

                Plaintiff,                05 CV 9940 (JSR)

    -versus-

PAUL CHAPMAN, JAMES O'SULLIVAN,
THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Fred M. Weiler hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant The City of New York, effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated:      New York, New York
              December 19, 2005

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of the City of New York
                                    *For Defendant The City of New York*

                                    By:  _____/s/_____
                                          Fred M. Weiler (FW 5864)
                                          Assistant Corporation Counsel
                                          Special Federal Litigation
                                          100 Church Street, Room 3-132
                                          New York, New York 10007
                                          212.788.1817 (ph)
                                          212.788.9776 (fax)

cc:  All Parties (by ECF)