UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/06

**Chris Remmes**

          **Plaintiff,**

-v-

**City of New York, et al**

          **Defendants..**

Case No.

05-cv-9940 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The above entitled action is referred to Magistrate Judge James C. Francis for the following purpose(s):

_x_    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___    Specific Non-Dispositive Motion/Dispute:*

_____

_____

       If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___    Settlement*

___    Inquest After Default/Damages Hearing

___    Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___    Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___    Habeas Corpus

___    Social Security

___    Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         February 10, 2006

Kenneth M. Karas
United States District Judge