UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Chris Remmes**

              **Plaintiff,**

-v-

**City of New York, et al**

              **Defendants..**

Case No.

05-cv-9940 (KMK)

ORDER

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/06

KENNETH M. KARAS, District Judge:

    The above-captioned case is hereby consolidated with 04 cv 7922, *Schiller v. City of New York*, for discovery purposes as related to the protest activity and arrests during the 2004 Republican National Convention and is referred to Magistrate Judge Francis for discovery

Dated: February 10, 2006
New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE