

**MEMO ENDORSED**

FEB 17 2006

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | FRED M. WEILER<br>*Special Federal Litigation Division*<br>*TEL: 212-788-1817*<br>*FAX: 212-788-9776* |

February 16, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/06

**BY HAND**
Honorable James C. Francis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Remmes v. City of New York, et al., 05 CV 9940 (KMK) (JCF)

Dear Judge Francis:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York (the "City"). I write with respect to the above-referenced matter, in which plaintiff sets forth claims, *inter alia*, of false arrest and false imprisonment during the Republican National Convention.

    This case was originally assigned to Judge Rakoff, who held a conference with the parties on January 23, 2006. Prior to the conference, the City requested that the case be transferred to Judge Karas and also requested a 60-day extension of time to answer the complaint. With the conference scheduled for January 23, Judge Rakoff extended the City's time to answer only to the day after the planned conference, i.e., January 24, with his clerk suggesting that the City ask for an additional extension at the conference itself. At the conference on January 23, however, Judge Rakoff ordered this case transferred to Judge Karas. The City now respectfully requests from Your Honor a brief extension of time to and including March 10, 2006 to respond to the complaint. Plaintiff's counsel has consented to this extention.

    Accordingly, the City respectfully requests that its time to answer the complaint in this case (as well as the time for any served defendant police officers to respond) be extended to and including March 10, 2006. Thank you for your time and consideration.

2/17/06
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

Respectfully submitted,

Fred M. Weiler (FW 5864)
Assistant Corporation Counsel

cc:   Jason Rozger, Esq., *Attorney for Plaintiff* (via fax)