

# MEMO ENDORSED

### THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

JAMES MIRRO
*Special Assistant Corporation Counsel*
*phone (212) 788-8026   fax (212) 788-9776*

April 4, 2006

**_BY FAX_**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: 4/21/06
```

*DOCKET*
*IN ALL*
*CASES*

*Re:*   **_Remmes v. The City of New York, et al., USDC SDNY 05 CV 9940 (KMK)(JCF)_**
      **_Sutter v. The City of New York, et al., USDC SDNY 05 CV 9989 (KMK)(JCF)_**
      **_Fox v. The City of New York, et al., USDC SDNY 05 CV 9999 (KMK)(JCF)_**
      **_Wilcox v. The City of New York, et al., USDC SDNY 05 CV 9990 (KMK)(JCF)_**

Dear Judge Francis:

On February 9, 2006, you ordered all plaintiffs in the RNC cases "to provide to defendants properly executed [§ 160.50] releases within ten (10) days [or] be subject to the dismissal of their claims" (Exh. "A" hereto). We transmitted that order by email to all plaintiffs' counsel on the RNC Distribution List (including counsel in each of the above cases) on February 13, 2006 (Exh. "B" hereto). As of this writing, after nearly 60 days and despite repeated requests by this office, plaintiffs in the first three cases captioned above have not returned the releases to us.

In the <u>Remmes</u> case, we provided blank § 160.50 releases to plaintiff and requested that plaintiff execute them on December 19, 2005 and January 17, 2006; in the <u>Sutter</u> case, we provided blank releases to plaintiff on January 20, 2006 and March 17, 2006; in the <u>Fox</u> case, we provided blank releases on January 18, 2006, February 10, 2006 and March 17, 2006. Since then, we have reminded counsel in each of these cases (Jason Rozger and Paul O'Dwyer) to forward the releases to us. <u>See</u>, <u>e.g.</u>, Exhs. "C" & "D" hereto.

Plaintiff in the fourth case, Adrianne Wilcox, has asserted claims arising from the same alleged wrongs in both the <u>Wilcox</u> case and the <u>Adams</u> case (05 CV 9484), which is also pending before Your Honor. Plaintiff is not permitted to maintain two actions for the same wrongs in this Court. Plaintiff's counsel, Paul O'Dwyer, has been made aware of the dual filing but has not dismissed this action.

2127883824         NYC Law 3 135 Environ

For the foregoing reasons, Defendants respectfully request that the complaints of
plaintiffs Chris Remmes (Remmes), Jack Sutter (Sutter), Louis Fox (Fox) and Adrianne Wilcox
(Wilcox) be dismissed with prejudice.

Very truly yours,

James Mirro

cc:    Paul O'Dwyer, Esq.
       Jason Rozger, Esq.

4/19/06

Defendants have withdrawn their application
with respect to Sutter and Fox. (Letter
of James Mirro dated April 5, 2006).
Defendants' application is granted as unopposed
with respect to Wilcox, 05 Civ. 9990 (KMK).
Defendants' application is denied with
respect to Remmes without prejudice
to renewal if he fails to return the
executed authorization by May 15, 2006.
SO ORDERED.

James C. Francis IV

USMJ

2