# MEMO ENDORSED



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

FRED M. WEILER
*Special Federal Litigation Division*
TEL: 212-788-1817
FAX: 212-788-9776

March 13, 2007

<u>VIA FAX 212-805-7930</u>
Honorable James C. Francis IV
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/07
```

Re:  Remmes v. City of New York, et al., 05 CV 9940 (KMK) (JCF)

Dear Judge Francis:

On behalf of plaintiff and defendants, I write to request a modification of the Case Management Order (CMO) in the above-captioned RNC case, which currently provides for a fact-discovery cut-off date of March 1, 2007. Both sides are exchanging written discovery, but need additional time for fact discovery. Accordingly, plaintiff and defendants jointly request that the Court grant an extension to the CMO deadlines such that fact discovery would be completed by ~~August~~ June 1, and the remaining CMO deadlines extended by ~~5~~ 3 months. If this meets with your approval, would you please "so order" it?

Thank you for your time and consideration.

Respectfully submitted,

Fred M. Weiler (FW 5864)

cc:  Jason Rozger, Esq. (via e-mail)

3/13/07
Application granted as modified.
No further extensions.
SO ORDERED.
James C. Francis IV
USMJ