**MEMO ENDORSED**



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

FRED M. WEILER
*Special Federal Litigation Division*
*TEL: 212-788-1817*
*FAX: 212-788-9776*

Dec. 13, 2007

**VIA FAX 212-805-7930**
Honorable James C. Francis IV
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 17
DATE FILED: 12/17/07

Re: Remmes v. City of New York, et al., 05 CV 9940 (RJS) (JCF)

Dear Judge Francis:

    I write to request that Your Honor dismiss this RNC case, based upon plaintiff's blatant disregard of your memo endorsement of November 27, 2007, a copy of which is annexed as Exhibit A. In response to defendants' letter of that date, Your Honor ordered Ms. Remmes to either identify relevant medical/mental health care providers and/or execute appropriate releases by December 7, "or else face dismissal of her claims for physical injury and emotional distress." (Exh. A, p. 2). It is now December 13 and, unsurprisingly, we have received nothing from plaintiff's counsel. Accordingly, defendants respectfully request that Your Honor dismiss this action with prejudice as a sanction for her contemptuous conduct, or, in the alternative and in accordance with your November 27 order, dismiss plaintiff's claims for physical injury and emotional distress.

    Thank you for your time and attention.

12/17/07

*Plaintiff's claims of physical and/or emotional injury are dismissed.* SO ORDERED.
James C. Francis IV

Respectfully submitted,
Fred M. Weiler (FW-5864)

cc: Jason Rozger, Esq. (via e-mail)