```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
CHRIS REMMES,                           : 05 Civ. 9940 (RJS) (JCF)
                                        :
                Plaintiff,              :      O R D E R
                                        :
      - against -                       :
                                        :
PAUL CHAPMAN, JAMES O'SULLIVAN,         :
THE CITY OF NEW YORK, and JOHN or       :
JANE DOES 1-5,                          :
                Defendants.             :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

Defendants having applied by letter dated January 22, 2008 to compel the production of certain discovery, it is hereby ORDERED that within ten days of the date of this Order, plaintiff shall produce (a) all available documentation of her economic and special damages; (b) a signed and notarized verification of her interrogatory responses; (c) all e-mails sent and received from plaintiff's Yahoo account concerning the RNC and her RNC-related arrests; and (d) a copy of the monologue plaintiff wrote concerning her RNC arrests.

                    SO ORDERED.

                    /s/ James C. Francis IV
                    _____
                    JAMES C. FRANCIS IV
                    UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        March 19, 2008



1

Copies mailed this date:

Jason J. Rozger, Esq.
Beranbaum Menken Ben-Asher & Bierman LLP
80 Pine Street, 32nd Floor
New York, New York 10005

Fred Weiler, Esq.
Special Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, NY 10007